BUCHALTER
A Professional Corporation
TRACY A. WARREN (SBN: 228013)
RICK A. WALTMAN (SBN: 306463)
655 West Broadway, Suite 1625
San Diego, CA 92101
Telephone: 619.219.5335
Email: twarren@buchalter.com

Attorneys for Defendant
SCG AMERICAN CONSTRUCTION INC.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PETER STROJNIK (SR.),<br><br>Plaintiff,<br><br>vs.<br><br>SCG AMERICAN CONSTRUCTION INC.,<br><br>Defendant. | Case No. SACV 19-01560-JVS(JDEx)<br>Honorable James V. Selna<br>Courtroom 10C<br><br>**NOTICE OF MOTION AND MOTION TO MOTION TO SET ASIDE ENTRY OF DEFAULT [ECF #012]**<br><br>Date: January 27, 2020<br>Time: 1:30 PM<br>Location: 411 West 4th Street<br>Santa Ana, CA 92701 |

**TO PLAINTIFF:**

**PLEASE TAKE NOTICE** that on January 27, 2020 at 1:30 P.M. or as soon after as may reasonably be heard in the above-referenced Court located at 411 West 4th Street, Courtroom 10C, Santa Ana, CA 92701, Defendant SCG AMERICAN CONSTRUCTION INC. ("Defendant") will and hereby does move to set aside entry of default entered against Defendant on or about November 22, 2019. Pursuant to Local Rule 7-3 and 16-12(c), this motion is exempt from any meet and confer requirement.

This Motion is made on the grounds that good cause exists to set aside the entry of default and to allow adjudication of the matter on its merits. Plaintiff will

BUCHALTER
A PROFESSIONAL CORPORATION
SAN DIEGO

1

NOTICE OF MOTION AND MOTION TO MOTION TO
SET ASIDE ENTRY OF DEFAULT [ECF #023]

CASE NO. SACV 19-01560-JVS(JDEX)

not be prejudiced by the Court's granting of the Motion. Defendant further possesses meritorious defenses to the allegations, including Plaintiff's failure to establish his standing to bring the claims alleged and his further failure to properly plead a claim. Lastly, Defendant was not culpable in its failure to timely respond and the delay is excusable.

This Motion is based upon this notice, the memorandum of points and authorities, declarations, and request for judicial notice and the exhibits attached thereto, and all other pleadings and papers filed, and any argument that may be presented to the Court at the hearing on this Motion.

DATED: December 18, 2019

BUCHALTER
A Professional Corporation

By: */s/ Rick A. Waltman*
TRACY A. WARREN
RICK A. WALTMAN
Attorneys for Defendant
SCG AMERICAN CONSTRUCTION INC.