1  BUCHALTER
2  A Professional Corporation
   TRACY A. WARREN (SBN: 228013)
3  RICK A. WALTMAN (SBN: 306463)
   655 West Broadway, Suite 1625
4  San Diego, CA 92101
   Telephone: 619.219.5335
5  Email: twarren@buchalter.com

6  Attorneys for Defendant
7  SCG AMERICAN CONSTRUCTION INC.

8

9             **UNITED STATES DISTRICT COURT**
10            **CENTRAL DISTRICT OF CALIFORNIA**

11

12 PETER STROJNIK,                    Case No. SACV 19-01560-JVS(JDEx)

13         Plaintiff,                 **STIPULATION OF THE PARTIES TO SET ASIDE ENTRY OF DEFAULT [ECF #012]**

       vs.
14
   SCG AMERICAN CONSTRUCTION
15 INC.,

16         Defendant.

17

18
19
20
21
22
23
24
25
26
27
28

Plaintiff Peter Strojnik ("Plaintiff") and Defendant HOST HOTELS & RESORTS, INC. ("Defendant") hereby stipulate to set aside the entry of default judgment [ECF #023].

**IT IS SO STIPULATED.**

DATED: January 22, 2020        PETER STROJNIK


                               _/s/ Peter Strojnik_

DATED: January 22, 2020        BUCHALTER
                               A Professional Corporation


                        By:    /s/ Rick A. Waltman
                               TRACY A. WARREN
                               RICK A. WALTMAN
                               Attorneys for Defendant
                               SCG AMERICAN CONSTRUCTION INC.