# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK, SR.,<br><br>    Plaintiff,<br><br>    vs.<br><br>SCG AMERICAN CONSTRUCTION INC. DBA HYATT REGENCY ORANGE COUNTY,<br><br>    Defendant. | Case No. 8:19-cv-01560-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT SCG AMERICAN CONSTRUCTION, INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Hearing Date: August 3, 2020<br>Time:          1:30 p.m.<br>Judge:         Hon. James V. Selna |

# [PROPOSED] ORDER

Before this Court is Defendant SCG American Construction, Inc.'s Motion to Dismiss Plaintiff Peter Strojnik Sr.'s First Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and (b)(6), and to declare Plaintiff a vexatious litigant pursuant to 28 U.S.C. §1651. On considering the briefs and papers filed in support and opposition thereto, and all other papers on file herein, Defendant's Motion to Dismiss is hereby **GRANTED,** and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

Also based on such papers and argument, the Court declares Plaintiff a vexatious litigant, and hereby orders Plaintiff to only file complaints in California courts after obtaining leave from the court in which he wishes to file. Noncompliance with this order will be grounds for further sanctions by this Court, and for dismissal of any action Plaintiff files in violation of this order.

**IT IS SO ORDERED**.

DATED: _____

_____
HON. JAMES V. SELNA