BUCHALTER
A Professional Corporation
TRACY A. WARREN (SBN: 228013)
RICK A. WALTMAN (SBN: 306463)
655 West Broadway, Suite 1625
San Diego, CA 92101
Telephone: 619.219.5335
Email: twarren@buchalter.com
       rwaltman@buchalter.com

Attorneys for Defendant
SCG AMERICAN CONSTRUCTION INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PETER STROJNIK, SR.<br><br>       Plaintiff,<br><br>   vs.<br><br>SCG AMERICAN CONSTRUCTION INC. DBA HYATT REGENCY ORANGE COUNTY,<br><br>       Defendant. | Case No. 8:19-cv-01560-JVS-JDE<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT [ECF #20] AND DECLARE PLAINTIFF A VEXATIOUS LITIGANT; MEMORANDUM OF POINTS & AUTHORITIES**<br><br>Hearing Date: August 3, 2020<br>Time:         1:30 p.m.<br>Judge:        Hon. James V. Selna |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Evidence 201(b), Defendant SCG AMERICAN CONSTRUCTION INC. ("Defendant") hereby requests that the Court take judicial notice of the following documents and facts in support of its Motion to Dismiss Plaintiff's First Amended Complaint and to Declare Plaintiff a Vexatious Litigant, filed concurrently herewith.

Rule 201 permits the Court to take judicial notice of facts which are not subject to reasonable dispute. Fed. R. Evid. 201(b). A fact is not subject to reasonable dispute if it is either (1) "generally known within the trial court's territorial jurisdiction," or (2) capable of accurate and ready determination from "sources whose accuracy cannot reasonably be questioned." *Id*. If a party requests judicial notice of such a fact, the court "must take judicial notice." Fed. R. Evid. 201(c)(2). Public records available from reliable sources on the Internet, such as websites run by governmental agencies, are generally properly subject to judicial notice. *Ryan v. City of Lincoln*, No. 18-cv-00096-KJM-DB, 2018 6415640 at *2 (E.D. Cal. Dec. 6, 2018); *see also Farina v. 700 Valencia St.*, 2015 U.S. Dist. LEXIS 109076, *12-13 (N.D. Cal. 2015) (taking judicial notice of Delaware and California Secretary of State websites); *Johnson v. Alhambra & O Associates, et al.*, No. 19-cv-00103-JAM-DB, Doc. No. 15, *3-4 (E.D. Cal. June 24, 2019) (taking judicial notice of attorney profile on State Bar of California website and case query results); *Cty. Of Santa Clara v. Trump*, 250 F. Supp. 3d 497, 510 n. 2 (N.D. Cal. 2017) (taking judicial notice of letter from Assistant Attorney General maintained on official government website), *recon. denied*, 267 F. Supp. 3d 1201 (N.D. Cal. 2017).

Accordingly, Defendant hereby respectfully requests that the Court take judicial notice of the exhibit below in support of its Motion:

| | |
|---|---|
| Exhibit 1: | PACER search results for Plaintiff Peter Strojnik showing that Mr. Strojnik has filed 148 ADA cases in federal courts throughout Hawaii, California, Oregon, Washington, New Mexico, Idaho, Texas, and Peurto Rico. The search results are available at https://pcl.uscourts.gov/pcl/pages/search/findPartyAdvanced.jsf (last visited March 10, 2020) |

Defendant also requests the Court to take judicial notice of the videos[1] reported by news outlets below:

| | |
|---|---|
| Link 1: | A video clip from a March 7, 2018 news report that aired on the ABC Phoenix affiliate, Channel 15, Strojnik is clearly shown strolling without any type of assistance whatsoever. *Available at* https://www.abc15.com/news/local-news/investigations/state-bar-moves-to-suspend-serial-suing-attorney-exposed-by-abc15 (last visited March 30, 2020) |
| Link 2: | A video clip from a June 25, 2018 news report that aired on the ABC Phoenix affiliate, Channel 15, Strojnik is clearly shown walking into court with a large briefcase slung over his shoulder. *Available at* https://www.abc15.com/news/local-news/investigations/state-bar-moves-to-suspend-serial-suing-attorney-exposed-by-abc15 (last visited March 30, 2020) |

DATED: March 30, 2020

BUCHALTER
A Professional Corporation

By: /s/ Tracy A. Warren
TRACY A. WARREN
RICK A. WALTMAN
Attorneys for Defendant
SCG AMERICAN CONSTRUCTION INC.

---

[1] *See, e.g., DuckHole Inc. v. NBC Universal Media LLC*, 2013 U.S. Dist. LEXIS 157305, at *7 (C.D. Cal. Sep. 6, 2013) (taking judicial notice of DVDs in support of Rule 12(b)(6) motion). This Court can thus take judicial notice of the videos of Strojnik aired by the news station and published online. *See City of Inglewood v. Teixeira*, 2015 U.S. Dist. LEXIS 114539, at *5 (C.D. Cal. Aug. 20, 2015) (judicial notice of YouTube videos in connection with Rule 12(b)(6) motion). Judicial notice is appropriate as the videos are from a source whose authenticity cannot be questioned and published on the news channel's own website.

**EXHIBIT 1**



# Party Search Results

**Search Criteria:** Party Search; Date Filed (On or After): [12/01/2017]; Last Name: [strojnik]; Party Role: [PLA]
**Result Count:** 150 (3 pages)
**Current Page:** 1

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Strojnik, Peter (pla) | 2:2019cv02704 | Strojnik v. State Bar of Arizona | Arizona District Court | 04/29/2019 | |
| Strojnik, Peter (pla) | 2:2020cv00343 | Strojnik v. New Crescent Investments LLC | Arizona District Court | 02/14/2020 | |
| Strojnik, Peter (pla) | 2:2018cv10237 | Peter Strojnik v. Marriott International, Inc. | California Central District Court | 12/10/2018 | 03/18/2019 |
| Strojnik, Peter (pla) | 2:2018cv10493 | Peter Strojnik Sr. v. Best Western Hotels and Resorts | California Central District Court | 12/18/2018 | 04/03/2019 |
| Strojnik, Peter (pla) | 2:2018cv10494 | Peter Strojnik Sr. v. Zislis Boutique Hotels, LLC | California Central District Court | 12/18/2018 | 02/06/2019 |
| Strojnik, Peter (pla) | 2:2018cv10495 | Peter Strojnik Sr. v. Second Street Corporation | California Central District Court | 12/18/2018 | 01/02/2019 |
| Strojnik, Peter (pla) | 2:2019cv00066 | Peter Strojnik Sr. v. Singpoli Group, LLC | California Central District Court | 01/03/2019 | 02/14/2019 |
| Strojnik, Peter (pla) | 2:2019cv01148 | Peter Strojnik Sr. v. Hyatt Hotels Corp. | California Central District Court | 02/14/2019 | 04/29/2019 |
| Strojnik, Peter (pla) | 2:2019cv01199 | Peter Strojnik, Sr. v. Burton Way Hotels LLC | California Central District Court | 02/15/2019 | 11/02/2019 |
| Strojnik, Peter (pla) | 2:2019cv01146 | Peter Strojnik, Sr. v. Georgian Hotel, Inc. | California Central District Court | 02/14/2019 | 06/25/2019 |
| Strojnik, Peter (pla) | 2:2019cv01174 | Peter Strojnik v. Dole Food Company, Inc. | California Central District Court | 02/15/2019 | 08/02/2019 |
| Strojnik, Peter (pla) | 2:2019cv02078 | Peter Strojnik v. Urban Commons Cordova, LLC | California Central District Court | 03/20/2019 | 01/15/2020 |
| Strojnik, Peter (pla) | 2:2019cv02067 | Peter Strojnik Sr v. Pasadena Robles Acquisition, LLC | California Central District Court | 03/20/2019 | 08/14/2019 |
| Strojnik, Peter (pla) | 2:2019cv02533 | Peter Strojnik v. Aung Solvang LLC | California Central District Court | 04/03/2019 | 08/14/2019 |
| Strojnik, Peter (pla) | 8:2019cv00930 | Peter Strojnik v. Ayres-Orange, L.P. | California Central District Court | 05/16/2019 | 09/24/2019 |
| Strojnik, Peter (pla) | 8:2019cv00946 | Peter Strojnik Sr. v. Orangewood LLC | California Central District Court | 05/17/2019 | 01/22/2020 |
| Strojnik, Peter (pla) | 2:2019cv02743 | Peter Strojnik v. Pacifica Hotel Company, Inc. | California Central District Court | 04/10/2019 | 01/31/2020 |
| Strojnik, Peter (pla) | 2:2019cv02991 | Peter Strojnik v. Four Sisters Inns, Inc | California Central District Court | 04/18/2019 | 12/09/2019 |
| Strojnik, Peter (pla) | 8:2019cv00944 | Peter Strojnik v. Landmark Marriott Suites LLC | California Central District Court | 05/17/2019 | 12/18/2019 |
| Strojnik, Peter (pla) | 2:2019cv04614 | Peter Strojnik, Sr. v. Bent Olsen et al | California Central District Court | 05/28/2019 | 07/29/2019 |
| Strojnik, Peter (pla) | 2:2019cv04615 | Peter Strojnik Sr. v. King Frederick Motel, LLC | California Central District Court | 05/28/2019 | 08/05/2019 |
| Strojnik, Peter (pla) | 8:2019cv01045 | Peter Strojnik Sr. v. Khanna Enterprises, LTD | California Central District Court | 05/30/2019 | 08/09/2019 |
| Strojnik, Peter (pla) | 8:2019cv01560 | Peter Strojnik, Sr. v. SCG America Construction Inc. | California Central District Court | 08/13/2019 | |
| Strojnik, Peter (pla) | 8:2020cv00021 | Peter Strojnik Sr. v. Salone Development Corporation | California Central District Court | 01/06/2020 | |
| Strojnik, Peter (pla) | 8:2020cv00062 | Peter Strojnik Sr. v. Interstate Hotels and Resorts Inc. | California Central District Court | 01/13/2020 | |
| Strojnik, Peter (pla) | 8:2020cv00063 | Peter Strojnik Sr. v. Interstate Hotels and Resorts, Inc. | California Central District Court | 01/13/2020 | |
| Strojnik, Peter (pla) | 8:2020cv00064 | Peter Strojnik Sr. v. DMD Lodging Inc | California Central District Court | 01/13/2020 | |

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Strojnik, Peter (pla) | 8:2020cv00065 | Peter Strojnik Sr. v. CMP 1 Santa Ana Owner LP | California Central District Court | 01/13/2020 | 03/02/2020 |
| Strojnik, Peter (pla) | 8:2020cv00254 | Peter Strojnik Sr. v. Shandilya, Inc. | California Central District Court | 02/10/2020 | |
| Strojnik, Peter (pla) | 8:2020cv00257 | Peter Strojnik Sr. v. Lee Family Trust | California Central District Court | 02/10/2020 | |
| Strojnik, Peter (pla) | 8:2020cv00258 | Peter Strojnik Sr. v. President Hotel Investment, LLC | California Central District Court | 02/10/2020 | |
| Strojnik, Peter (pla) | 8:2020cv00255 | Peter Strojnik Sr. v. SWK Properties, LLC | California Central District Court | 02/10/2020 | |
| Strojnik, Peter (pla) | 8:2020cv00256 | Peter Strojnik v. Shakti Investments, LLC | California Central District Court | 02/10/2020 | |
| Strojnik, Peter (pla) | 2:2020cv01871 | Peter Strojnik v. Dario Pini Trust | California Central District Court | 02/26/2020 | |
| Strojnik, Peter (pla) | 2:2020cv01925 | Peter Strojnik v. Ventura Seaward Hotel, LP | California Central District Court | 02/27/2020 | |
| Strojnik, Peter (pla) | 2:2020cv01862 | Peter Strojnik v. Ventura BV Inn, LLC | California Central District Court | 02/26/2020 | |
| Strojnik, Peter (pla) | 1:2018cv01522 | Strojnik v. Evergreen Destination Holdings, LLC | California Eastern District Court | 11/02/2018 | 01/07/2019 |
| Strojnik, Peter (pla) | 1:2018cv01520 | Strojnik v. 574 Escuela, LLC | California Eastern District Court | 11/02/2018 | 11/06/2018 |
| Strojnik, Peter (pla) | 1:2018cv01621 | Strojnik v. Ravensbrook Inn Yosemite | California Eastern District Court | 11/09/2018 | 06/14/2019 |
| Strojnik, Peter (pla) | 1:2018cv01619 | Strojnik v. Griffin et al | California Eastern District Court | 11/08/2018 | 12/02/2019 |
| Strojnik, Peter (pla) | 1:2018cv01620 | Strojnik v. The Victus Group, Inc. | California Eastern District Court | 11/08/2018 | |
| Strojnik, Peter (pla) | 1:2019cv01097 | Strojnik v. BRE Newton Hotels Property Owner, LLC | California Eastern District Court | 08/12/2019 | 11/04/2019 |
| Strojnik, Peter (pla) | 1:2019cv01098 | Strojnik v. Bakersfield Convention Hotel I, LLC | California Eastern District Court | 08/12/2019 | |
| Strojnik, Peter (pla) | 1:2019cv01099 | Strojnik v. Integrated Capital, LLC | California Eastern District Court | 08/12/2019 | 01/28/2020 |
| Strojnik, Peter (pla) | 1:2019cv01096 | Peter Strojnik v. JW World Enterprises, Inc. Best Western Bakersfield North | California Eastern District Court | 08/12/2019 | |
| Strojnik, Peter (pla) | 2:2019cv01587 | (PS) Strojnik v. Capitol Regency, LLC | California Eastern District Court | 08/15/2019 | |
| Strojnik, Peter (pla) | 1:2019cv01192 | Strojnik v. Shivkrupa Investments, Inc. | California Eastern District Court | 08/30/2019 | 11/25/2019 |
| Strojnik, Peter (pla) | 1:2019cv01193 | Strojnik v. Uniwell Fresno Hotel, LLC | California Eastern District Court | 08/30/2019 | 01/02/2020 |
| Strojnik, Peter (pla) | 1:2019cv01196 | Peter Strojnik, Sr. v. 1309 West Shaw, LLC | California Eastern District Court | 08/30/2019 | 01/14/2020 |
| Strojnik, Peter (pla) | 1:2019cv01195 | Strojnik v. Hi Fresno Hotel Holdings, LLC | California Eastern District Court | 08/30/2019 | |
| Strojnik, Peter (pla) | 1:2019cv01194 | Strojnik v. Hotel Circle GL Holdings, LLC | California Eastern District Court | 08/30/2019 | |
| Strojnik, Peter (pla) | 1:2019cv01264 | Strojnik v. BRE SSP Property Owner, LLC | California Eastern District Court | 09/11/2019 | 11/05/2019 |
| Strojnik, Peter (pla) | 1:2019cv01265 | Strojnik v. Stone Creek Lodging, L.P. | California Eastern District Court | 09/11/2019 | |
| Strojnik, Peter (pla) | 2:2019cv01877 | (PS) Strojnik v. Azul Hospitality Group, LLC et al | California Eastern District Court | 09/18/2019 | |

**PACER Service Center**

Receipt 03/10/2020 21:21:09 487658952

| | |
|---|---|
| User | ashleymilnes |
| Client Code | h9374-12 |
| Description | All Court Types Party Search |
| | All Courts; Name strojnik; Role pla; All Courts; Date Filed on or after 12/01/2017; Page: 1 |
| Billable Pages | 1 ($0.10) |



# Party Search Results

**Search Criteria:** Party Search; Date Filed (On or After): [12/01/2017]; Last Name: [strojnik]; Party Role: [PLA]
**Result Count:** 150 (3 pages)
**Current Page:** 1

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
| --- | --- | --- | --- | --- | --- |
| Strojnik, Peter (pla) | 1:2019cv01321 | Strojnik v. Kanhaiya, LLC | California Eastern District Court | 09/20/2019 | 09/24/2019 |
| Strojnik, Peter (pla) | 1:2019cv01322 | Strojnik v. Weaver Enterprises, LP | California Eastern District Court | 09/20/2019 | 09/24/2019 |
| Strojnik, Peter (pla) | 2:2019cv01938 | (PS) Strojnik v. Weaver Enterprises, LP | California Eastern District Court | 09/20/2019 | |
| Strojnik, Peter (pla) | 2:2019cv01941 | (PS) Strojnik v. Kanhaiya, LLC | California Eastern District Court | 09/20/2019 | |
| Strojnik, Peter (pla) | 2:2019cv02041 | (PS) Strojnik v. Sacramento Hotel, LLC | California Eastern District Court | 10/11/2019 | |
| Strojnik, Peter (pla) | 2:2019cv02042 | (PS) Strojnik v. Vantage Pointe Inc. | California Eastern District Court | 10/11/2019 | 02/27/2020 |
| Strojnik, Peter (pla) | 2:2019cv02043 | (PS) Strojnik v. Wickstrom Hospitality, LLC | California Eastern District Court | 10/11/2019 | |
| Strojnik, Peter (pla) | 2:2019cv02044 | (PS) Strojnik v. Kaidan Hospitality LP | California Eastern District Court | 10/11/2019 | |
| Strojnik, Peter (pla) | 2:2019cv02326 | (PS) Strojnik v. Izabella Investment, LLC | California Eastern District Court | 11/18/2019 | 01/14/2020 |
| Strojnik, Peter (pla) | 3:2018cv06587 | Strojnik v. Joie de Vivre Hospitality LLC | California Northern District Court | 10/29/2018 | 10/03/2019 |
| Strojnik, Peter (pla) | 3:2018cv06586 | Strojnik v. Marriott International Inc | California Northern District Court | 10/29/2018 | 12/10/2018 |
| Strojnik, Peter (pla) | 3:2018cv06777 | Strojnik v. 574 Escuela, LLC | California Northern District Court | 11/08/2018 | |
| Strojnik, Peter (pla) | 5:2018cv07704 | Strojnik v. Benchmarck Conference Resorts of California, LLC | California Northern District Court | 12/24/2018 | 04/11/2019 |
| Strojnik, Peter (pla) | 5:2019cv00737 | Strojnik v. ML San Jose Holding LLC | California Northern District Court | 02/11/2019 | 05/20/2019 |
| Strojnik, Peter (pla) | 5:2019cv01844 | Strojnik v. Ensemble Hotel Partners, LLC | California Northern District Court | 04/05/2019 | 12/26/2019 |
| Strojnik, Peter (pla) | 5:2019cv01875 | Strojnik v. Bernardus LLC | California Northern District Court | 04/08/2019 | 12/27/2019 |
| Strojnik, Peter (pla) | 5:2019cv01876 | Strojnik v. JMA Ventures LLC | California Northern District Court | 04/08/2019 | 07/01/2019 |
| Strojnik, Peter (pla) | 5:2019cv02529 | Strojnik, Sr. v. Mirabel Hotel and Restaurant Group LLC | California Northern District Court | 05/10/2019 | 03/06/2020 |
| Strojnik, Peter (pla) | 3:2019cv02556 | Strojnik v. VY Verasa Commercial Company LLC et al | California Northern District Court | 05/15/2019 | |
| Strojnik, Peter (pla) | 5:2019cv03006 | Strojnik v. Hyatt International Corporation | California Northern District Court | 05/31/2019 | 12/27/2019 |
| Strojnik, Peter (pla) | 5:2019cv03082 | Strojnik v. Xenia Hotels & Resorts, Inc. | California Northern District Court | 06/04/2019 | |
| Strojnik, Peter (pla) | 5:2019cv03122 | Strojnik, Sr. v. First & Mission Properties LLC | California Northern District Court | 06/05/2019 | 09/10/2019 |
| Strojnik, Peter (pla) | 3:2019cv03377 | Strojnik v. Wilson | California Northern District Court | 06/13/2019 | 08/12/2019 |
| Strojnik, Peter (pla) | 3:2019cv03375 | Strojnik v. Madrona Manor Wine Country Inn & Restaurant Inc. | California Northern District Court | 06/13/2019 | 10/02/2019 |
| Strojnik, Peter (pla) | 3:2019cv03376 | Strojnik v. Fowler LLC | California Northern District Court | 06/13/2019 | 07/17/2019 |
| Strojnik, Peter (pla) | 3:2019cv03583 | Strojnik v GF Carneros Tenant, LLC | California Northern District Court | 06/20/2019 | |
| Strojnik, Peter (pla) | 4:2019cv03968 | Strojnik v. WCH Napa LLC | California Northern District Court | 07/10/2019 | 08/05/2019 |

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Strojnik, Peter (pla) | 4:2019cv03983 | Strojnik v. IA Lodging Napa First LLC | California Northern District Court | 07/10/2019 | |
| Strojnik, Peter (pla) | 3:2019cv03980 | Strojnik v. 539 Johnson Street, LLC | California Northern District Court | 07/10/2019 | 08/12/2019 |
| Strojnik, Peter (pla) | 5:2019cv04616 | Strojnik v. Resort at Indian Springs, LLC | California Northern District Court | 08/09/2019 | |
| Strojnik, Peter (pla) | 5:2019cv04619 | Strojnik v. Homestead Inn LLC | California Northern District Court | 08/09/2019 | |
| Strojnik, Peter (pla) | 5:2019cv05149 | Strojnik v. Classic Hotels & Resorts LLC et al | California Northern District Court | 08/19/2019 | 01/03/2020 |
| Strojnik, Peter (pla) | 3:2019cv05188 | Strojnik v. Mount View Hotel Partners, a California Limited Partnership | California Northern District Court | 08/20/2019 | 01/08/2020 |
| Strojnik, Peter (pla) | 5:2019cv07579 | Strojnik v. Portola Hotel, LLC | California Northern District Court | 11/18/2019 | |
| Strojnik, Peter (pla) | 5:2020cv00136 | Strojnik v. SWVP Monterey, LLC | California Northern District Court | 01/07/2020 | |
| Strojnik, Peter (pla) | 5:2020cv00354 | Strojnik v. R.F. Weichert V, Inc. | California Northern District Court | 01/16/2020 | |
| Strojnik, Peter (pla) | 4:2020cv01050 | Strojnik v. Napa Hotel and Restaurant LLC | California Northern District Court | 02/10/2020 | |
| Strojnik, Peter (pla) | 3:2020cv01051 | Strojnik v. Napa Discovery Inn, LLC | California Northern District Court | 02/10/2020 | |
| Strojnik, Peter (pla) | 5:2020cv01083 | Strojnik v. Pacifica Hotel, Pacific, L.P. | California Northern District Court | 02/11/2020 | |
| Strojnik, Peter (pla) | 4:2020cv01291 | Strojnik v. Moraya Investments, LLC | California Northern District Court | 02/20/2020 | |
| Strojnik, Peter (pla) | 3:2020cv01290 | Strojnik v. Seema Will Rogers, LLC | California Northern District Court | 02/20/2020 | |
| Strojnik, Peter (pla) | 4:2020cv01289 | Strojnik v. The Inn at Jack London Square, LLC | California Northern District Court | 02/20/2020 | |
| Strojnik, Peter (pla) | 3:2019cv00305 | Strojnik v. Pendry San Diego, LLC | California Southern District Court | 02/12/2019 | 05/21/2019 |
| Strojnik, Peter (pla) | 3:2019cv00650 | Strojnik v. Torrey Pines Club Corporation | California Southern District Court | 04/08/2019 | |
| Strojnik, Peter (pla) | 3:2019cv00909 | v. Strojnik et al | California Southern District Court | 05/14/2019 | 09/18/2019 |
| Strojnik, Peter (pla) | 3:2019cv01186 | Strojnik v. La Jolla Bed & Breakfast Inc. | California Southern District Court | 06/24/2019 | 01/09/2020 |
| Strojnik, Peter (pla) | 3:2019cv01187 | Strojnik v. GHALP Parnership, L.P. | California Southern District Court | 06/24/2019 | 02/06/2020 |
| Strojnik, Peter (pla) | 3:2019cv01381 | Strojnik v. CWI 2 La Jolla Hotel, LP | California Southern District Court | 07/24/2019 | |
| Strojnik, Peter (pla) | 3:2019cv01390 | Strojnik v. Lizerbram | California Southern District Court | 07/24/2019 | |
| Strojnik, Peter (pla) | 3:2019cv01386 | Strojnik v. Prospect Hospitality, LP. | California Southern District Court | 07/24/2019 | 01/02/2020 |
| Strojnik, Peter (pla) | 3:2019cv01391 | Strojnik v. Bartell Hotels Management Company | California Southern District Court | 07/24/2019 | |
| Strojnik, Peter (pla) | 3:2019cv01445 | Strojnik v. RNM Hospitality, Inc et al | California Southern District Court | 08/01/2019 | 09/24/2019 |
| Strojnik, Peter (pla) | 3:2019cv01446 | Strojnik v. Marla K Hicks Trust | California Southern District Court | 08/01/2019 | |
| Strojnik, Peter (pla) | 3:2019cv01991 | Strojnik v. 1315 Orange LLC | California Southern District Court | 10/16/2019 | |

**PACER Service Center**
Receipt 03/10/2020 21:22:14 487658984
**User** ashleymilnes
**Client Code** h9374-12
**Description** All Court Types Party Search
All Courts; Name strojnik; Role pla; All Courts; Date Filed on or after 12/01/2017; Page: 2
**Billable Pages** 1 ($0.10)



# Party Search Results

**Search Criteria:** Party Search; Date Filed (On or After): [12/01/2017]; Last Name: [strojnik]; Party Role: [PLA]
**Result Count:** 150 (3 pages)
**Current Page:** 2

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Strojnik, Peter (pla) | 3:2019cv02147 | Strojnik v. Barrigon Inc | California Southern District Court | 11/07/2019 | 01/27/2020 |
| Strojnik, Peter (pla) | 3:2019cv02148 | Strojnik v. Cherokee Lodge, LLC | California Southern District Court | 11/07/2019 | 01/23/2020 |
| Strojnik, Peter (pla) | 3:2019cv02211 | Strojnik v. Indoc Partners, LLC | California Southern District Court | 11/20/2019 | |
| Strojnik, Peter (pla) | 3:2019cv02210 | Strojnik v. Village 1017 Coronado, Inc. | California Southern District Court | 11/20/2019 | |
| Strojnik, Peter (pla) | 3:2019cv02212 | Strojnik v. Kamla Hotels, Inc. | California Southern District Court | 11/20/2019 | |
| Strojnik, Peter (pla) | 3:2020cv00358 | Strojnik v. San Diego Farah Partners, L.P. | California Southern District Court | 02/26/2020 | 03/02/2020 |
| Strojnik, Peter (pla) | 3:2020cv00359 | Strojnik v. Souldriver Lessee, Inc. | California Southern District Court | 02/26/2020 | |
| Strojnik, Peter (pla) | 3:2020cv00360 | Strojnik v. RBI Investors L.P. | California Southern District Court | 02/26/2020 | |
| Strojnik, Peter (pla) | 3:2020cv00387 | Strojnik v. Lafayette Landlord, LLC | California Southern District Court | 02/28/2020 | |
| Strojnik, Peter (pla) | 3:2020cv00384 | Strojnik v. Driftwood Capital Partners LLC | California Southern District Court | 02/28/2020 | |
| Strojnik, Peter (pla) | 1:2020cv00034 | Strojnik v. Christiania Lodge at Vail, LTD | Colorado District Court | 01/06/2020 | |
| Strojnik, Peter (pla) | 1:2020cv00035 | Strojnik v. Lodge Properties Inc. | Colorado District Court | 01/06/2020 | |
| Strojnik, Peter (pla) | 1:2020cv00085 | Strojnik v. Sonnenalp Properties, Inc. | Colorado District Court | 01/10/2020 | 02/18/2020 |
| Strojnik, Peter (pla) | 1:2020cv00086 | Strojnik v. Sunshine & Angel, LLC | Colorado District Court | 01/10/2020 | |
| Strojnik, Peter (pla) | 1:2020cv00087 | Strojnik v. Lazier Tivoli, LLC | Colorado District Court | 01/10/2020 | |
| Strojnik, Peter (pla) | 1:2020cv00570 | Strojnik v. Vail/Beaver Creek Resort Properties, Inc. | Colorado District Court | 02/28/2020 | |
| Strojnik, Peter (pla) | 1:2019cv00135 | Strojnik v. Granite Fund IV LLC | Hawaii District Court | 03/14/2019 | 04/08/2019 |
| Strojnik, Peter (pla) | 1:2019cv00136 | Strojnik v. Host Hotels & Resorts, Inc. | Hawaii District Court | 03/14/2019 | |
| Strojnik, Peter (pla) | 1:2018cv00403 | Strojnik v. Green Tea. LLC | Hawaii District Court | 10/22/2018 | 01/03/2019 |
| Strojnik, Peter (pla) | 1:2018cv00409 | Strojnik v. Island Acquisitions Kapalua LLC | Hawaii District Court | 10/24/2018 | 12/06/2018 |
| Strojnik, Peter (pla) | 1:2019cv00077 | Strojnik v. Kapalua Land Company LTD et al | Hawaii District Court | 02/13/2019 | 09/25/2019 |
| Strojnik, Peter (pla) | 1:2018cv00556 | Strojnik v. Block 22 LLC | Idaho District Court | 12/17/2018 | 01/03/2020 |
| Strojnik, Peter (pla) | 1:2019cv00515 | Strojnik v. Heritage Hotels and Resorts, Inc. | New Mexico District Court | 06/05/2019 | 12/02/2019 |
| Strojnik, Peter (pla) | 3:2018cv01869 | Strojnik v. Provenance Fund Acquisition, LLC | Oregon District Court | 10/24/2018 | 12/11/2018 |
| Strojnik, Peter (pla) | 3:2018cv02171 | Strojnik v. Elmer | Oregon District Court | 12/17/2018 | 04/18/2019 |
| Strojnik, Peter (pla) | 3:2018cv02172 | Strojnik v. Live McMinnville, LLC | Oregon District Court | 12/17/2018 | 04/18/2019 |
| Strojnik, Peter (pla) | 3:2018cv02173 | Strojnik v. Park Avenue Fine Wines LLC | Oregon District Court | 12/17/2018 | 02/27/2019 |
| Strojnik, Peter (pla) | 6:2019cv00041 | Strojnik v. VIP's Hotels, Inc. | Oregon District Court | 01/10/2019 | 04/17/2019 |
| Strojnik, Peter (pla) | 3:2019cv01714 | Strojnik v. Paulson & Co. Inc. et al | Puerto Rico District Court | 07/25/2019 | |

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Strojnik, Peter (pla) | 3:2019cv01712 | Strojnik v. International Hospitality Enterprises, Inc. | Puerto Rico District Court | 07/25/2019 | |
| Strojnik, Peter (pla) | 3:2019cv01713 | Strojnik v. Herger et al | Puerto Rico District Court | 07/25/2019 | 01/09/2020 |
| Strojnik, Peter (pla) | 3:2019cv00870 | Strojnik v. Extel Development Company | Texas Northern District Court | 04/09/2019 | 11/12/2019 |
| Strojnik, Peter (pla) | 3:2019cv01326 | Strojnik v. Dunhill 1530 Main GP Inc | Texas Northern District Court | 06/03/2019 | |
| Strojnik, Peter (pla) | 3:2019cv01325 | Strojnik v. Dallas Convention Center Hotel Development Corporation | Texas Northern District Court | 06/03/2019 | 10/09/2019 |
| Strojnik, Peter (pla) | 3:2019cv01336 | Strojnik v. Hamilton Properties Corporation Inc | Texas Northern District Court | 06/04/2019 | |
| Strojnik, Peter (pla) | 3:2019cv01369 | Strojnik v. HRI Lodging Inc | Texas Northern District Court | 06/07/2019 | |
| Strojnik, Peter (pla) | 4:2019cv01169 | Strojnik v. Granduca Territorial Houston LP | Texas Southern District Court | 03/29/2019 | |
| Strojnik, Peter (pla) | 4:2019cv01170 | Strojnik v. Landry's | Texas Southern District Court | 03/29/2019 | 01/03/2020 |
| Strojnik, Peter (pla) | 3:2018cv05912 | Strojnik v. Geiger Victoria, Inc | Washington Western District Court | 11/07/2018 | 03/06/2019 |
| Strojnik, Peter (pla) | 2:2018cv01831 | Strojnik v. Swantown Inn & Spa LLC | Washington Western District Court | 12/18/2018 | 03/12/2019 |
| Strojnik, Peter (pla) | 2:2018cv01832 | Strojnik v. Seattle Hotel Group LLC | Washington Western District Court | 12/18/2018 | 01/22/2019 |
| Strojnik, Sr, Peter (pla) | 3:2019cv03981 | Strojnik, Sr v. Cypress Inn Investors | California Northern District Court | 07/11/2019 | 08/14/2019 |

**PACER Service Center**
Receipt 03/10/2020 21:22:23 487658985

| | |
|---|---|
| User | ashleymilnes |
| Client Code | h9374-12 |
| Description | All Court Types Party Search |
| | All Courts; Name strojnik; Role pla; All Courts; Date Filed on or after 12/01/2017; Page: 3 |
| Billable Pages | 1 ($0.10) |