<div style="text-align:right; color:red; font-weight:bold;">**DENIED**</div>
BY ORDER OF THE COURT

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PETER STROJNIK,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>SCG AMERICA CONSTRUCTION INC.<br>DBA HYATT REGENCY ORANGE<br>COUNTY<br><br>　　　　　　　　　　　Defendant. | Case No: 8:19-cv-01560-JVS-JDE<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO COURT TO SUPPLEMENT THE ORDER DECLARING PLAINTIFF A VEXATIOUS LITIGANT BY SUPPORTING ITS SUBSTANTIVE FINDINGS AS TO THE FRIVOLOUSNESS OR HARASSING NATURE OF THE PLAINTIFF'S FILINGS FOR THE PURPOSES OF REVIEW** |

　　Upon *Plaintiff's Request to Court To Supplement the Order Declaring Plaintiff a Vexatious Litigant by Supporting Its Substantive Findings as to the Frivolousness or Harassing Nature of the Plaintiff's Filings for the Purposes of Review* Dkt at [28], and good cause shown, the Court supplements its Order as follows:

A. With respect to any court filings that has been determined to be vexatious or harassing, the Court supplements its finding by listing the following cases where such findings were made:

　　(1) _____

　　(2) _____

　　(3) _____

　　(4) _____

　　(5) _____

　　(6) _____

　　(7) _____

　　(8) _____

　　(9) _____

B. With respect to the finding that "Countless courts have questioned Strojnik's motives in pursuing the litigation and whether he has a good faith basis for his claims", the Court lists the following cases in which the courts have questioned Strojnik's motives in pursuing litigation and whether he has a good faith basis for his claims:

(1) _____

(2) _____

(3) _____

(4) _____

(5) _____

(6) _____

(7) _____

(8) _____

(9) _____

C. With respect to the finding that ADA offending public accommodations are the true "victims", the Court lists the following reasons / cases:

_____

_____

_____

_____

_____

D. With Respect to the finding that Strojnik's ADA lawsuits have caused a "constant strain on the judicial system" separate and apart of Strojnik's 1st Amendment right to redress his grievances, the Court lists the following cases showing a constant drain on the judicial system:

(1) _____

(2) _____

(3) _____

(4) _____

(5) _____

(6) _____

(7) _____

(8) _____

(9) _____

E.  With respect to the finding that Strojnik has made "insufficient efforts to comply with the order [to show cause]" in the *Griffin* case in which Strojnik never received the Order to Show Cause, the Court supplements as follows:

_____

_____

_____

_____

F.  With respect to the finding that Strojnik missed a telephonic status conference call and the subsequently Order to Show Cause was dismissed by the Court in the *Fresno Hotel Holdings* matter, the Court supplements as follows:

_____

_____

_____

_____

G.  Citing to *Evans* case, the Court stated that Strojnik's "communications with the Court indicate a complete disregard for the expectation that a litigant should make diligent effort to appear at hearing dates at all" where Strojnik's attendance was a physical impossibility, the Court supplements as follows:

_____

_____

_____

_____

H.  The Court indicates that Strojnik files ADA civil rights actions in "what is apparently an effort to pressure ADA defendants into settlements before courts can reach the

3

1  merits", irrespective of the Court policy encouraging settlements, the Court
2  supplements as follows:
3  _____
4  _____
5  _____
6  _____
7
8         DONE IN OPEN COURT this _____ day of _____, 2020.

**DENIED**

BY ORDER OF THE COURT

_____
Judge of the United States District Court

JVS May 05, 2020

4